Name: Shawn Lionel Lewis
Address: P.O. Box 8101 San Luis Obispo
CA 93409-8101 cell 3151

CDC or ID Number: T-76966

MC-275

**SUPREME COURT FILED**
JAN 30 2008
Frederick K. Ohlrich Clerk
Deputy

**FILED**
FEB 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Petitioner: Shawn Lionel Lewis
vs.
Respondent: John Marshall Warden

2254 / 1983
FILING FEE PAID
Yes ___ (Court) No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  ProSe ___

08 CV 0267 W WMc

PETITION FOR WRIT OF HABEAS CORPUS

S160442
(To be supplied by the Clerk of the Court)

**INSTRUCTIONS—READ CAREFULLY**

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Page one of six
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

- [ ] A conviction
- [x] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: **Shawn Lionel Lewis**
2. Where are you incarcerated? **California mens colony**
3. Why are you in custody? [x] Criminal Conviction  [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **Asterisk Sales or/and asterisk possession "A GO between"**

   b. Penal or other code sections: **Astrisk HS11352A 1ct Asterick 11351.5 ct 2**

   c. Name and location of sentencing or committing court: **San Diego Superior Court 220 West Broadway San Diego CA  P.O. box 120128  92112-0128**

   d. Case number: **SCD184764**

   e. Date convicted or committed: **2-16-05**

   f. Date sentenced: **3-16-05**

   g. Length of sentence: **10 yrs**

   h. When do you expect to be released? **10-6-2009**

   i. Were you represented by counsel in the trial court? [ ] Yes  [ ] No. If yes, state the attorney's name and address:

   **Bruce H. Sobel Esq 110 west "C" Street 1015 San Diego, Calif 92101**

4. What was the LAST plea you entered? (check one)
   [x] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?
   [x] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The Jury instructions silenced the jury, Any Juor who inquired about Priors were dismissed, the Priors were made public to the selected jury, with guity verdict the Sentence judge stayed the enhancements without Jurors or objection by Trial Attorney

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Simular to a mortise to tenon
conviction is based on silencing the jury
enhancing the priors
Sentencing with out jury and objection
by trial counsel.
   Due process Delay legeslator passage
or voter passage

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

CALJIC 1.03 (2004) Revision - Lack evidence
CALJIC 2.115 (2004) Revision - CO Defendent
CALJIC 17.18.1 Including Priors after excluding Impartial Juors.

7. Ground 2 or Ground _____ (if applicable):

Effective Feb 1, 2008 the commander and chief signed into Law Reducing terrorism for those like me who have been denied injunctive Relief.

a. Supporting facts:

Now the Reduction in terrorism law is in effect I Dont see any dely in the Federal's pannel of judges 18 U.S.C 3636 overcrowding to Release Nonviolent, Nonserious, Non sexual Inmates and cap slap on population. The Governors proposal is good enough for legeslators to pass! However the votes wont be made until the Next commander and chief is elected to office? So wheres the injunctive Relief? wheres the Law the Commander and chief signed Into Law?!.

b. Supporting cases, rules, or other authority:

Gov code § 844.6 (a) and 845.4
Gov code § 901 and 911.2 to 911.4

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
      Fourth Appellate District Div One
   b. Result: Jurisdiction ended    Filed Sept 26, 2006
   c. Date of decision: 10-26, 2006
   d. Case number or citation of opinion, if known: D046148
   e. Issues raised: (1) _____
      (2) _____
      (3) _____
   f. Were you represented by counsel on appeal? ☒ Yes ☐ No. If yes, state the attorney's name and address, if known:
      Charles R. Khoury Jr. P.O. box 1066 Wilton N.H. 03086

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:
   Denied 1, 17, 2007
   a. Result: Remittitur 1-23-2007    b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    It was made on Appeal

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    I was sent back to superior court for sentence modification However the sentencing judge just satifyed the calender date and did not modify the sentence at the taxpayers expense and sent me back to prison without modifying the sentence why?

    b. Did you seek the highest level of administrative review available? ☒ Yes ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

MC-275 (Rev. July 1, 2005)            PETITION FOR WRIT OF HABEAS CORPUS            Page five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: **District court front Street San Diego**

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): **Rejected Not Filed eletroncilly**

   (5) Date of decision: _____

   b. (1) Name of court: **United States Supreme Court**

   (2) Nature of proceeding: **Certiorari Hearing**

   (3) Issues raised: (a) **Idenity / Double Jeopardy**

      (b) **out of 4000 cases they can only Review 400 or less**

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: **Pending**

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
**PostPhone of legeslator or and voters;..**

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: ~~Miranda~~

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:
**maranda v arizona United States Supreme cort Certiorari Hearing likely I wont get heard**

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
**18. U.S.C 3636 over crowed Non violent - Non serious Non-Sexual to Aid Federal Pannel of Judges**

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____

▶ *Shawn Lewis*
(SIGNATURE OF PETITIONER)

SDS

SCD184764  DA  ASH35802

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ CENTRAL  ☐ NORTH  ☐ EAST  ☐ SOUTH

DATE 03-16-05  AT 09:00 M.  04135952  PROB HEAR-SENTENCING  0186

PRESENT: HON. CHARLES E. JONES  JUDGE PRESIDING DEPARTMENT 014

CLERK Hollinson  REPORTER Leonard Daniels  CSR# 3376

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

J. Koerber for William Gentry
DEPUTY DISTRICT ATTORNEY

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.

LEWIS  SHAWN  L
DEFENDANT

E.B. SOBEL
ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)

VIOLATION OF *HS11352(A) CT.1  *HS11351.5 CT.2
ENH(S) CT.1 PC1203.073(b)(7), CT.1 HS11370.2(a) x3  INTERP. _____  OATH ON FILE / SWN.
PRIOR(S) PC667.5(b)  CT.2 HS11370.2(a) x3  LANGUAGE _____

P.O. Gretchen Mills

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

**PREV**
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING.
☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ CONT ☐ ST&C ☐ TERMD. ☐ EXT. TO: _____

**JUDGMENT**
☒ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☒ PROBATION IS: ☒ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER  ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: TOTAL
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY  ☐ PER WI 1737  TERM: 10 YEARS
☒ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).
☒ FOR ☐ LOWER ☒ MIDDLE ☐ UPPER ☐ INDETERMINATE TERM OF 4 YEARS MONTHS / TO LIFE
ON COUNT 1 CODE & NO. HS11352(a) ☒ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE.
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☒ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☒ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. ☒ REGISTRATION PER PC 290 (HS 11590) PC 457.1 / PC 186.30. ☒ TESTING PER PC 1202.1 HIV (PC 296 DNA).
☒ DEFENDANT TO PAY: FINE OF $_____ PLUS PENALTY ASSESSMENT. ☐ $20 COURT SECURITY FEE. ☐ PROBATION COSTS. ☐ BOOKING FEES.
REST. FINE(S): ☒ $500— PER PC 1202.4(b). ☒ FORTHWITH PER PC 2085.5. ☒ $500— PER PC 1202.45 SUSP. UNLESS PAROLE REVKD.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $_____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☐ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $_____
☐ INCOME DEDUCTION ORDER OF $_____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.
☐ AT THE COMBINED RATE OF $_____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
☐ DEFENDANT IS REFERRED TO ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS TO SET UP AN ACCOUNT.
☐ DEFENDANT IS TO REPORT TO PROBATION / REV. & REC/ COURT COLLECTIONS FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

CREDIT FOR TIME SERVED
218 DAYS LOCAL
_____ DAYS STATE INST.
108 DAYS PC (4019) 2933.1
326 TOTAL DAYS CREDIT

**CUST STAT**
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

**FUTURE HRGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____

**BOND WARRANTS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____ ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**
☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐ REPT. TO REG. OF VOTERS. ☐ DMV ABSTRACT. B.A.C. _____
☐ CONCURRENT WITH / CONSECUTIVE TO: w/CT.1

CT.1 ENHANCEMENT per PC 1203.073(b)(7)
CT.1 HS11370.2(a) — 3 yrs. consecutive
CT.1 HS11370.2(a) — 3 yrs. consecutive
CT.1 HS11370.2(a) — 3 yrs. stayed
Prison prior PC667.5(a) — 1 yr. stayed

CT.2 HS11351.5  4 yrs. M/Term
CT.2 HS11370.2(a) x3  stayed
are stricken
TOTAL TERM 10 YRS.

Charles E. Jones
CHARLES E. JONES  JUDGE OF THE SUPERIOR COURT

SDSC CR-2B(Rev. 9-03)  **CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT**

Exhibit A  Sentence enhancements are Illegal

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Shawn Lionel Lewis

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court _____

**DEFENDANTS**

John Marshall, Warden

FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Shawn Lionel Lewis
PO Box 8101
San Luis Obispo, CA 93409
T-76966

**ATTORNEYS (IF KNOWN)**

'08 CV 0267 W WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| | | | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE    2/11/2008

SIGNATURE OF ATTORNEY OF RECORD
R.Mller