**FILED**

FEB 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

'08 CV 0267 W WMc

Dear Clerk I can only get an account of my trust account statement once a month. Under penalty of perjury I am only receiving the money I earn from the PIA job which garnishes 50% of my wages and my aunt in Ohio might send me $20.00 once every 6 month this is true and I feel really silly asking the Luetitent to sign and notorized affidavit that states these true facts Ie I owe aprox $700⁰⁰ in restitution and no one else equafax, Experian, and Trans Union will confirm  Z93-70-3209

Sincerely
Shawn Lionel Lewis
1-6-08

Factory:   6

# CALIFORNIA MEN'S COLONY
## PAY STUBS
January 2008



LEWIS, SHAWN                                    T76966

| Rate | Hours | Adjustment | Total Amount |
|------|-------|------------|--------------|
| $ 0.75 | 125.03 | $ 0.00 | $ 93.78 |

(*** Not Negitiable ***)